STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6748
    Shining.Hsu@usdoj.gov

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-365 MMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR ORDER TO TURNOVER PROPERTY HELD BY THE FEDERAL BUREAU OF INVESTIGATION FOR PAYMENT OF RESTITUTION JUDGMENT |
| v. | |
| LEWIS WALLACH, | |
| Defendant. | |

Upon consideration of the United States' Motion to Turnover Property Held by the FBI and for good cause shown,

IT IS HEREBY ORDERED that the United States' Motion to Turnover Property Held by the FBI is granted.

IT IS FURTHER ORDERED that the property held by the Federal Bureau of Investigation be delivered to Clars Auction Gallery, 5644 Telegraph Avenue, Oakland, CA 94609 for liquidation.

IT IS FURTHER ORDERED that Clars Auction Gallery liquidate said property and send the resulting funds, less Clars's commission, to the United States District Court Clerk, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

//

//

1    IT IS FURTHER ORDERED that the Clerk of the Court shall apply funds received towards the

2  outstanding restitution obligation imposed against Defendant.

3    **IT IS SO ORDERED.**

4

5  Dated: _____11/9/2022_____

MAXINE M. CHESNEY
6                                                      United States Senior District Judge