STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6748
    Shining.Hsu@usdoj.gov

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-365 MMC |
| Plaintiff, | **RECEIVER'S SECOND STATUS REPORT** |
| v. | |
| LEWIS WALLACH, | |
| Defendant. | |

    The United States Marshals Service, Court appointed Receiver for the assets of Jessera Capital, LLC, and Liberty Lakes Resort, LLC., submits its Second Status Report in accordance with the Order of this Court entered on July 5, 2022. Dkt. No. 70.

                                  Respectfully submitted,

DATED: January 3, 2023                STEPHANIE M. HINDS
                                   United States Attorney

                                  */s/ Shining J. Hsu*
                                   SHINING J. HSU
                                   Assistant United States Attorney



October 31, 2022

Mr. Michael J. Armstrong
Assistant Chief
Real Property Unit
United States Marshals Service
1215 South Clark Street
Arlington, VA 22202-4387

       **Re:** Receivership of Jeserra Capital LLC and Liberty Lakes Resort, LLC
            Second Receivership Report, October 31, 2022

Dear Mr. Armstrong,

This is our second receivership report since the Honorable Judge Maxine M. Chesney signed the Stipulation and Order to Appoint Receiver (the "Order") on July 5, 2022 in the matter of *United States of America v. Lewis Wallach,* CASE NO. 20-CR-365 MMC. Certain background and other relevant information was included in our August 31, 2022 report which we incorporate by reference into this second receivership report.

Known receivership assets consist of cash, notes receivable secured by deeds of trust, and unimproved land. Known liabilities include county property taxes on the unimproved land (payable to Liberty County and Tarkington Independent School District) and association dues payable to Liberty Lakes Property Owners' Association, Inc. (the "Association").

**Search for Receivership Assets**

Our search for receivership assets is nearing a conclusion. Although we may identify other assets, searching for receivership assets will no longer be our main focus. Since our August 31, 2022 report, we have quantified the receivership's real estate holdings and documented the ownership using title records. Except for five lots with title problems (discussed below), we have good title to the other sixty-five lots. Our next efforts will be to obtain asset values for the lots and begin the disposition process.

With respect to the notes receivable, we need to clean up the loan documentation associated with the notes receivable and make contact with the borrowers. In our previous report, we noted that there are retired loan obligations related to LLR for which reconveyances (or releases) were never recorded when the loans were paid in full by the borrowers. We may need to do some additional title searches using data from the 191 files we obtained from Swanson & McNamara LLP. In situations where we received a loan file but no payment history, we need to do a title search to determine if there is a recorded deed of trust in favor of one of the LLCs. If so, we may have the basis of a foreclosure action or evidence of an unrecorded release. We will need to contact the property owner and assess the facts. In instances where we can verify a payoff, we will record a reconveyance to remove the lien from the owner's title records.



**Receivership Assets**

**Cash** – Currently, the receivership is holding $799,967.05 in cash at PlainsCapital Bank. **Exhibit A** provides details of all receivership cash transactions since the court's Order. Below is a summary of the activity reflected in detail on **Exhibit A**:

| | |
|---|---:|
| Wells Fargo Bank (accounts closed and transferred) | $ 796,961.85 |
| Jesera Capital loan servicing | 77,282.41 |
| Liberty Lakes loan servicing | 21,678.20 |
| Costs of corrective deeds | (287.00) |
| Bank fees and accounting software | (612.30) |
| Property taxes, penalties and interest | (77,867.43) |
| Title research activities | (10,011.10) |
| Fees and Costs to Receiver's contractor | (7,177.58) |
| **PlainsCapital Bank - as of October 31, 2022** | **$ 799,967.05** |

**Land** – In our previous receiver's report, we indicated that we had identified seventy lots which are owned by Jeserra Capital LLC or Liberty Lakes Resort LLC (the "LLCs"). **Exhibit B,** attached to this report, presents a list of known lots held in the receivership. After an extensive search of Liberty County property records, Liberty County Tax Assessor's records and the records of the local Association, we have concluded our search for additional real estate assets. In reviewing title reports, we noted that five of the seventy lots will require corrective action before we can be assured of marketable title as discussed below.

- Lot 42746 – A corrective deed which included an exhibit with fourteen lots was filed to correct erroneous information in the initial Foreclosure Deed. Unfortunately, the exhibit in the corrective deed appears to have omitted this lot.
- Lot 41212 – The same exhibit included with the corrective deed referenced above for Lot 42746 mistakenly references Unit 9 instead of Unit 7.

Our title attorney has suggested that we contact the attorney who handled the foreclosure litigation to see if they can assist with the additional corrections. If that option is unsuccessful, we may need to engage a local title attorney and seek a judicial remedy to clear up the title discrepancies.

- 42788 –This vesting deed references the grantee as Liberty Lakes, LLC instead of Liberty Lakes Resort, LLC.
- 38894 –This vesting deed references the grantee as Jaserra Capital, LLC instead of Jeserra Capital, LLC.
- 40830 – This vesting deed references the beneficiary as Jaserra Capital, LLC instead of Jeserra Capital, LLC.

For the above three (see lots shown at the bottom of **Exhibit B**), with "slight variations" in the name, our attorney has suggested that these can be cleared up with a corrective deed showing the proper entity name and a recitation indicating how title was obtained. Another alternative would be to record an affidavit confirming scrivener's errors in those deeds with confirmation of the correct entity name. The above options assume that there are no other Texas entities with the names as currently reflected on the


erroneous deeds. We will work with a title company to ensure that once the corrections are made, they will be able to issue title insurance at the time of sale.

The attached **Exhibit C** shows the taxes paid from the receivership to clear the tax liens from each of the seventy lots shown in **Exhibit B**. According to Ms. Loretta Burt with Tarkington Independent School District, there are still two lots with outstanding taxes that need to be paid (Parcel # 003610-002483-002 - $1,879.43 and Parcel # 003610-004585-000 - $2,026.34) for a total of $3,905.77. A subsequent communication with Ms. Sara Fore in the Liberty County Tax Office indicated that all other property taxes related to the seventy lots are current.

There are approximately $40,000 in unsecured property taxes which are, as yet, unresolved. Apparently, there was a sales office (mobile home) on one of the lots until late 2018 or early 2019. Except for the mobile home, all other lots are undeveloped land. In addition to the mobile home, the Liberty County Tax Assessor is claiming that there are unpaid taxes on unsecured personal property (furniture, fixtures, and equipment) through 2021, including penalties for failure to file annual rendition reports. We have made the following inquires:

- Is there a filing requirement if there is no personal property located in the county, and
- What is the location of the furniture, fixtures, and equipment in Liberty County.

We believe that the personal property, if any, was removed along with the mobile home and that some of those taxes, including related penalty and interest assessments need to be removed from the Liberty County tax rolls. At this point, we believe that Liberty Lakes Resort LLC may owe the county and the school district for personal property taxes until such time as the mobile home was removed; however, we are unable at this time to further quantify such amount.

Through Ms. Andrea Martinez, Collections Specialist, for Texas Community Management, LLC, we have contacted Ms. Lisa Gloyna, the Secretary for the Association. She indicates that there is an outstanding balance due to the Association totaling approximately $172,290.46, including unpaid dues, late fees, administrative charges, title search fees, and legal costs. We have been unable to examine the details for such amount and may request legal assistance in settling this obligation with the Association.

On October 24, 2022, Ms. Donna Lemoine inspected the seventy lots identified in **Exhibit B.** The lots are in a development known as The Preserve of Texas. There are no street numbers or lot markings. Without the assistance of a surveyor, it is difficult to identify specific lots. The roads are gravel and, for the most part, are unmarked.

The next step is to obtain a valuation of these lots. We are looking for someone in the local real estate brokerage community who might be interested is working with us on a sale of the property. The Liberty County Assessor has these lots valued between $10,000 and $30,000. In the current rising interest rate environment, we believe that pricing is above the current lot values. If we cannot sell these lots quickly, we need to engage a property tax appeals company to assist with the assessed values to manage the property tax liability during the hold period.

*Notes Receivable* – The pool of Jeserra loans currently being serviced by Axis continues to be the most significant receivership asset. Based upon reports furnished by Axis as of September 30, 2022, the pool of 81 loans had a combined principal value of $1,522,834.01.


The Axis loans have not been reviewed to determine if loan terms currently used by Axis for servicing agrees to the physical loan documents. The servicing data was uploaded to Axis' servicing system from data files provided by Jeserra. Axis has never had access to the actual loan documents. Since our last report, we have obtained possession of 191 loan files previously in the possession of Mr. Wallach's legal counsel, Swanson & McNamara LLP. Those documents were sent to The Document Group and were scanned. The scan files are currently being reviewed and organized into electronic loan files. Once the scanned documents have been reviewed and separated into specific transactional documents and organized by borrower, they will be compared to the data used by Axis to service the loans. If there are differences, we will work with Axis and the borrowers to make any needed corrections to the servicing data. Changes to the servicing data may have an impact (positive or negative) on the recorded principal value of the loans.

As of September 30, 2022, Axis is showing past due payments totaling $152,709.92 related to 33 of the 81 loans. The following is a summary of the loan delinquencies reported by Axis:

| Delinquency Category | No of Loans | Total | Average |
|---|---|---|---|
| Loans with delinquencies less than $1,000 | 7 | $ 2,123.01 | $ 303.29 |
| Loans with delinquencies over $1,000 but less than $5,000 | 12 | 38,456.27 | $ 3,204.69 |
| Loans with delinquencies over $5,000 but less than $10,000 | 12 | 84,206.26 | $ 7,017.19 |
| Loans with delinquencies over $10,000 | 2 | 27,924.38 | $13,962.19 |
| **Totals** | **33** | **$152,709.92** | |

Once we have identified and stabilized the asset list for the receivership, we will work with Axis to determine if a note restructuring will enable the borrower to perform on the loan or if foreclosure is warranted considering the borrower's inability to perform. In either instance, we may need to adjust the carrying value of the loan pool for possible collection losses. Once we have verified the loan terms and made an appropriate adjustment for collection losses, we will have a better assessment on the actual value of the 81 loans that make up the Jeserra loan pool.

We continue to service the loans that reverted to LLR from Reliant Payment Solutions Inc. ("Reliant"). We need to communicate with each of the borrowers, calculate or estimate a remaining note balance and collect IRS Form W-9 from each borrower before we can transfer the loan servicing to Axis. We are waiting for the electronic loan files to have a starting point for purposes of determining the loan balances.

We have been unable to locate a list of LLR loans outstanding nor have we sent out notices to follow up on delinquent payments. We will possibly need to subpoena deposit details (loan payment records) from Wells Fargo Bank to see what payments have been deposited into the Wells Fargo Bank accounts over the past few years. Unfortunately, there continues to be major gaps in the records and without accounting records and copies of note payments previously deposited into Wells Fargo Bank, we have no way to reasonably reconstruct loan payment histories for the LLR notes that have reverted from Reliant.

**Accounting Records**

As part of the receiver's responsibilities, we have set up accounting records to reflect the financial position and operating results for the receivership. Below is a balance sheet and income statement.

*Balance Sheet* – Details of the cash account are reflected in **Exhibit A** and include cash activity from the date of the court's Order through the date of this report. The accompanying balance sheet reflects the cash balance as of September 30, 2022. Accounts receivable from Axis Financial reflect the net servicing activities due to the receivership as of the date of the balance sheet. Loans Receivable from Jeserra



Capital and Liberty Lakes Resort include known notes receivable as of the balance sheet date. Unapplied funds reflect cash received during the receivership period from individuals with notes due to Liberty Lakes Resorts LLC. These amounts have not been applied to any note balance as we do not yet have sufficient details to set up the note receivable. The $2,400,196.79 in receivership assignments represents the known asset values based upon preliminary information at the time receivership activities commenced.

The following balance sheet reflects the assets, liabilities and assigned asset values as of September 30, 2022.

**USMS Receivership - Jeserra/LLR**
**Balance Sheet**
As of September 30, 2022

**Assets**

| | |
|---|---:|
| Cash - PlainsCapital Bank | 799,375.38 |
| Accounts Receivable - Axis Financial | 16,504.68 |
| Loans Receivable - Jeserra Capital | 1,522,834.01 |
| Loans Receivable - Liberty Lakes Resort LLC | 15,436.56 |
| **Total Assets** | **$ 2,354,150.63** |

**Liabilities and Receivership Assignments**

| | |
|---|---:|
| Property Taxes Payable | 3,316.41 |
| Unapplied Funds - Liberty Lakes Resorts LLC | 15,612.87 |
| Total Liabilities | 18,929.28 |
| | |
| Receivership Assignments | |
| Axis Financial - Loan Servicing Pool | 1,587,244.29 |
| Liberty Lakes Resort - Notes Receivable | 15,990.65 |
| Wells Fargo Bank Accounts | 796,961.85 |
| Total Assets Assigned to Receivership | 2,400,196.79 |
| | |
| Current period loss | (64,975.44) |
| Receivership Value | 2,335,221.35 |
| | |
| **Total Liabilities and Equity** | **$ 2,354,150.63** |

*Income Statement* – The receivership revenues reflect amounts received in the form of interest payments, late fees, and servicing fees paid by the borrowers. The notes require the borrower to pay seven dollars



per month in servicing fees to the note holder in addition to principal and interest. Principal payments are applied to the note balance as received and reduce the amount of the note receivable on the balance sheet.

Receivership expenses reflect amounts paid or to be paid. Legal fees represent the amount paid to have releases drafted for notes previously paid-off by borrowers. Loan servicing fees represent amounts paid to Axis Financial for loan servicing activities which are partially offset by the servicing fees paid by the borrowers and described above. Contractor fees represent the fees paid to ORE Financial Services LLC as the receiver's contractor. Other amounts paid to ORE Financial Services LLC were reimbursements for pass-through expenses incurred on behalf of the receivership. Title research includes title work in conjunction with lot discovery efforts. Also included in title research is the cost to record two conveyances for loans that paid-off prior to the receivership. Document scans includes the cost to scan the 191 loan files obtained from Swanson & McNamara LLP. Accounting software fees and bank charges are costs associated with banking and accounting activities. Property taxes reflect the known amounts owed for property taxes as of September 30, 2022. Amounts shown on **Exhibit C** exceed the amounts shown on the income statement as there were additional property tax payments in October of 2022.

The accompanying income statement reflects the receipts and expenses of the receivership since its inception on July 5, 2022, the date of the court's Order through September 30, 2022.

**USMS Receivership - Jeserra/LLR**
**Income Statement**
For the period from inception on July 5th through September 30, 2022

| | | |
|---|---|---:|
| **Receivership Revenue** | | |
| Interest | $ | 14,603.41 |
| Late Fees | | 676.41 |
| Other Fees | | 1,043.00 |
| Total Revenue | | 16,322.82 |
| | | |
| Gross Profit | | 16,322.82 |
| | | |
| **Receivership Expenses** | | |
| Legal Fees | | 150.00 |
| Loan Servicing Fees | | 3,268.38 |
| Contractor Fees | | 5,516.17 |
| Title Research | | 7,503.40 |
| Document Scans | | 1,661.41 |
| Accounting Software | | 551.66 |
| Bank Charges | | 60.64 |
| Property Taxes | | 62,586.60 |
| Total Expenses | | 81,298.26 |
| | | |
| **Net Loss** | | **$ (64,975.44)** |



In the event you have questions or concerns regarding this report or the current activities on behalf of the receiver, please feel free to contact me at your convenience.

Sincerely,

Quentin Thompson

# Exhibit A

Receivership Cash Transactions
October 31, 2022

| Date | Check # | Memo | Description | Deposit | Withdrawal | Balance |
|------|---------|------|-------------|---------|-----------|---------|
| 7/5/2022 | | Axis Financial - June Loan Servicing | Jeserra Capital - Net loan servicing activity | 22,304.26 | | 22,304.26 |
| 8/3/2022 | | Bank Charges - Receiver's Endorsement Stamp | Costs to review court order & make endorsement stamp | | 60.64 | 22,243.62 |
| 8/4/2022 | | Jeserra Capital LLC - Wells Fargo Bank Closing | Funds from Wells Fargo - Account Closure | 625,982.20 | | 648,225.82 |
| 8/4/2022 | | Liberty Lakes Resort, LLC - Wells Fargo Bank Closing | Funds from Wells Fargo - Account Closure | 170,979.65 | | 819,205.47 |
| 8/4/2022 | | Liberty Lakes Resort LLC - Loan Payments | Liberty Lakes Resort - Loan servicing activity | 4,813.25 | | 824,018.72 |
| 8/4/2022 | | Axis Financial - July Loan Servicing | Jeserra Capital - Net loan servicing activity | 21,158.95 | | 845,177.67 |
| 8/23/2022 | | Liberty Lakes Resort LLC - Loan Payments | Liberty Lakes Resort - Loan servicing activity | 5,871.34 | | 851,049.01 |
| 8/26/2022 | 10001 | Capital Title | Corrective Deeds - Recording Costs | | 137.00 | 850,912.01 |
| 8/26/2022 | 10002 | ORE Financial Services | Fees to Receiver's Contractor | | 1,048.17 | 849,863.84 |
| 8/26/2022 | 10003 | Shaddock & Associates, P.C. | Corrective Deeds | | 150.00 | 849,713.84 |
| 8/30/2022 | | Liberty Lakes Resort LLC - Loan Payments | Liberty Lakes Resort - Loan servicing activity | 1,505.49 | | 851,219.33 |
| 8/31/2022 | 10004 | Liberty County Tax Collector | Property Taxes, Penalties & Interest | | 16,119.66 | 835,099.67 |
| 8/31/2022 | 10005 | Tarkington ISD Tax Collector | Property Taxes, Penalties & Interest | | 46,466.94 | 788,632.73 |
| 9/2/2022 | 10006 | Sage Intacct, Inc. | G/L Software - Receiver's Accounting Records | | 551.66 | 788,081.07 |
| 9/9/2022 | 10007 | William J. Gardner PA | Title Research Fees | | 7,366.40 | 780,714.67 |
| 9/9/2022 | | Axis Financial - August Loan Servicing | Jeserra Capital - Net loan servicing activity | 17,314.52 | | 798,029.19 |
| 9/26/2022 | | ORE Financial Services | Fees to Receiver's Contractor | | 2,813.00 | 795,216.19 |
| 9/29/2022 | | Liberty Lakes Resort LLC - Loan Payments | Liberty Lakes Resort - Loan servicing activity | 4,159.19 | | 799,375.38 |
| 10/6/2022 | | ORE Financial Services | Fees and Costs to Receiver's Contractor | | 3,316.41 | 796,058.97 |
| 10/7/2022 | | Axis Financial - September Loan Servicing | Jeserra Capital - Net loan servicing activity | 16,504.68 | | 812,563.65 |
| 10/21/2022 | 10008 | Tarkington ISD Tax Collector | Property Taxes, Penalties & Interest | | 7,903.99 | 804,659.66 |
| 10/24/2022 | | Liberty Lakes Resort LLC - Loan Payments | Liberty Lakes Resort - Loan servicing activity | 5,743.17 | | 810,402.83 |
| 10/25/2022 | 10009 | Liberty County Tax Collector | Property Taxes, Penalties & Interest | | 7,376.84 | 803,025.99 |
| 10/27/2022 | | Stop Payment_10-27-2022 | Check # 2415 Roy & Marisol Morton - Dep - 10/24/2022 | | 414.24 | 802,611.75 |
| 10/28/2022 | 10010 | William J. Gardner PA | Title Research Fees | | 2,644.70 | 799,967.05 |

| | |
|---|---:|
| PlainsCapital Bank Statement (10/31/2022) | $ 817,892.58 |
| Less Uncleared Checks: | |
| 10008 - Tarkington ISD Tax Collector | (7,903.99) |
| 10009 - Liberty County Tax Collector | (7,376.84) |
| 10010 - William J. Gardner PA | (2,644.70) |
| Adjusted Receivership Bank Balance (10/31/2022) | $ 799,967.05 |



**PlainsCapital**Bank.

MEMBER
**FDIC**

EQUAL HOUSING
LENDER

PO BOX 271
LUBBOCK TX 79408

| | |
|---|---|
| Account Number | XXXXXX4709 |
| Statement Date | 07/31/2022 |
| Checks/Items Enclosed | 0 |
| Page | 1 of 2 |

00040279 TP10635S073022073037 01 000000000 1 003

ORE FINANCIAL SERVICES LLC
AS AGENT FOR THE USMS
AS RECEIVER FOR JESERRA/LLR
16945 NORTHCHASE DR SUITE 1600
HOUSTON, TX 77060-2153

## Customer Service Information

**Voice Banking:**
1-866-762-7782

**Customer Service:**
1-866-762-8392

**Visit Us Online:**
www.plainscapital.com

## Protecting Your Account - Avoid Fraud Scams

*PlainsCapital Bank will NEVER ask for your user name, passwords, account number, debit card number, PINs, or security/pass codes through unsolicited emails, phone calls, text messages, or pop-up windows. If PlainsCapital Bank contacts you about actual fraud on your account, we will only ask for limited account information for verification purposes to ensure we are speaking to the correct person. Furthermore, do not rely on Caller ID to verify whether an incoming call is from PlainsCapital Bank. If you are suspicious about a request for personal information or the legitimacy of an inbound phone call, hang up, call your local branch or PlainsCapital Bank customer service at 866.762.8392, and ask to be transferred to the fraud department.*

## BUSINESS ALL ACCESS ACCOUNT

**Account Number: XXXXXX4709**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of  /  /2000** | **$0.00** |
| + Deposits and Credits   (0) | 0.00 |
| - Withdrawals and Debits   (0) | 0.00 |
| **Ending Balance as of 07/31/2022** | **$0.00** |
| Low Balance | 0.00 |
| Average Balance | 0.00 |
| Average Available Balance | 0.00 |





**GO PAPERLESS**

Get instant and secure access to your statements. Log in to online banking and switch to eStatements today! For more information, visit plainscapital.com/estatements or call 866.762.8392.



PO BOX 271
LUBBOCK TX 79408

## Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |





PlainsCapital Bank.

PO BOX 271
LUBBOCK TX 79408

| | |
|---|---|
| Account Number | XXXXXX4709 |
| Statement Date | 08/31/2022 |
| Checks/Items Enclosed | 7 |
| Page | 1 of 3 |

00040448 TP10635S090122060710 01 000000000 1 004

ORE FINANCIAL SERVICES LLC
AS AGENT FOR THE USMS
AS RECEIVER FOR JESERRA/LLR
16945 NORTHCHASE DR SUITE 1600
HOUSTON, TX 77060-2153

### Customer Service Information

**Voice Banking:**
1-866-762-7782

**Customer Service:**
1-866-762-8392

**Visit Us Online:**
www.plainscapital.com

## Protecting Your Account - Avoid Fraud Scams

*PlainsCapital Bank will NEVER ask for your user name, passwords, account number, debit card number, PINs, or security/pass codes through unsolicited emails, phone calls, text messages, or pop-up windows. If PlainsCapital Bank contacts you about actual fraud on your account, we will only ask for limited account information for verification purposes to ensure we are speaking to the correct person. Furthermore, do not rely on Caller ID to verify whether an incoming call is from PlainsCapital Bank. If you are suspicious about a request for personal information or the legitimacy of an inbound phone call, hang up, call your local branch or PlainsCapital Bank customer service at 866.762.8392, and ask to be transferred to the fraud department.*

## BUSINESS ALL ACCESS ACCOUNT

**Account Number: XXXXXX4709**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 07/31/2022** | **$0.00** |
| + Deposits and Credits (7) | 852,675.78 |
| - Withdrawals and Debits (4) | 1,319.45 |
| **Ending Balance as of 08/31/2022** | **$851,356.33** |
| Low Balance | -60.64 |
| Average Balance | 761,674.85 |
| Average Available Balance | 761,475.00 |

### Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| Jul 31 | BEGINNING BALANCE | | | 0.00 |
| Aug 03 | ACH DEBIT | -60.64 | | -60.64 |
| | HARLAND CLARKE CHK ORDER2 220803 | | | |





GO PAPERLESS

Get instant and secure access to your statements. Log in to online banking and switch to eStatements today! For more information, visit plainscapital.com/estatements or call 866.762.8392.



## Transactions (Continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| Aug 04 | RETURN ITEM | | 60.64 | 0.00 |
| | HARLAND CLARKE CHK ORDER2 220803 CHECK | | | |
| Aug 04 | DEPOSIT | | 4,813.25 | 4,813.25 |
| Aug 04 | DEPOSIT | | 170,979.65 | 175,792.90 |
| Aug 04 | DEPOSIT | | 648,286.46 | 824,079.36 |
| Aug 08 | ACH DEBIT | -60.64 | | 824,018.72 |
| | HARLAND CLARKE RETRY PYMT 220808 | | | |
| Aug 09 | INCOMING WIRE | | 21,158.95 | 845,177.67 |
| | INCOMING WIRE 20222210043600; ORG AXIS FINANCIAL | | | |
| | SERVICES INC;REF FOR JESERRA/LLR | | | |
| Aug 23 | DEPOSIT | | 5,871.34 | 851,049.01 |
| Aug 29 | CHECK 10002 | -1,048.17 | | 850,000.84 |
| Aug 30 | DEPOSIT | | 1,505.49 | 851,506.33 |
| Aug 31 | CHECK 10003 | -150.00 | | 851,356.33 |
| Aug 31 | ENDING BALANCE | | | $851,356.33 |

## Itemization of Checks Posted

\* Indicates a Skip in Check Number(s)
"E" Indicates an Electronified Check

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 10002 | Aug 29 | 1,048.17 | 10003 | Aug 31 | 150.00 |

## Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |





Account Number        XXXXXX4709
Statement Date        08/31/2022
Page        3 of 3

PO BOX 271
LUBBOCK TX 79408

**Account Number: XXXXXX4709**



08/04/22          $4,813.25



08/04/22          $170,979.65



08/04/22          $648,286.46



08/23/22          $5,871.34



08/30/22          $1,505.49



08/29/22      #10002      $1,048.17



08/31/22      #10003      $150.00





**PlainsCapital Bank**

PO BOX 271
LUBBOCK TX 79408

MEMBER
**FDIC**

EQUAL HOUSING
LENDER

| | |
|---|---|
| Account Number | XXXXXX4709 |
| Statement Date | 09/30/2022 |
| Checks/Items Enclosed | 6 |
| Page | 1 of 3 |

00051668 TP10635S100122055816 01 000000000 1 004

ORE FINANCIAL SERVICES LLC
AS AGENT FOR THE USMS
AS RECEIVER FOR JESERRA/LLR
16945 NORTHCHASE DR SUITE 1600
HOUSTON, TX 77060-2153

## Customer Service Information

**Voice Banking**
1-866-762-7782

**Customer Service:**
1-866-762-8392

**Visit Us Online:**
www.plainscapital.com

## Protecting Your Account - Avoid Fraud Scams

*PlainsCapital Bank will NEVER ask for your user name, passwords, account number, debit card number, PINs, or security/pass codes through unsolicited emails, phone calls, text messages, or pop-up windows. If PlainsCapital Bank contacts you about actual fraud on your account, we will only ask for limited account information for verification purposes to ensure we are speaking to the correct person. Furthermore, do not rely on Caller ID to verify whether an incoming call is from PlainsCapital Bank. If you are suspicious about a request for personal information or the legitimacy of an inbound phone call, hang up, call your local branch or PlainsCapital Bank customer service at 866.762.8392, and ask to be transferred to the fraud department.*

## BUSINESS ALL ACCESS ACCOUNT

**Account Number: XXXXXX4709**

### Balance Summary

| | | |
|---|---|---|
| **Beginning Balance as of 08/31/2022** | | **$851,356.33** |
| + Deposits and Credits | (2) | 21,473.71 |
| - Withdrawals and Debits | (6) | 73,454.66 |
| **Ending Balance as of 09/30/2022** | | **$799,375.38** |
| Low Balance | | 788,769.73 |
| Average Balance | | 806,123.99 |
| Average Available Balance | | 806,039.00 |

### Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| Aug 31 | BEGINNING BALANCE | | | 851,356.33 |
| Sep 02 | CHECK 10004 | -16,119.66 | | 835,236.67 |
| Sep 06 | CHECK 10005 | -46,466.94 | | 788,769.73 |





**GO PAPERLESS**

Get instant and secure access to your statements. Log in to online banking and switch to eStatements today! For more information, visit plainscapital.com/estatements or call 866.762.8392.



## Transactions (Continued)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| Sep 09 | INCOMING WIRE | | 17,314.52 | 806,084.25 |
| | INCOMING WIRE 20222520078400; ORG AXIS FINANCIAL | | | |
| | SERVICES INC;REF FOR JESERRA/LLR | | | |
| Sep 09 | CHECK 10006 | -551.66 | | 805,532.59 |
| Sep 13 | CHECK 10001 | -137.00 | | 805,395.59 |
| Sep 19 | CHECK 10007 | -7,366.40 | | 798,029.19 |
| Sep 26 | CASH MGMT TRSFR DR | -2,813.00 | | 795,216.19 |
| | REF 2691243L FUNDS TRANSFER TO DEP XXXXXX7310 | | | |
| | FROM PAY OREF FEES FLP MA QC 2208 | | | |
| Sep 29 | DEPOSIT | | 4,159.19 | 799,375.38 |
| Sep 30 | ENDING BALANCE | | | $799,375.38 |

## Itemization of Checks Posted

* Indicates a Skip in Check Number(s)
"E" Indicates an Electronified Check

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 10001 | Sep 13 | 137.00 | 10005 | Sep 06 | 46,466.94 | 10007 | Sep 19 | 7,366.40 |
| 10004 * | Sep 02 | 16,119.66 | 10006 | Sep 09 | 551.66 | | | |

## Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|------|------|------|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |





PO BOX 271
LUBBOCK TX 79408

**Account Number: XXXXXX4709**



09/29/22       $4,159.19



09/13/22     #10001     $137.00



09/02/22     #10004     $16,119.66



09/06/22     #10005     $46,466.94



09/09/22     #10006     $551.66



09/19/22     #10007     $7,366.40




**PlainsCapital Bank**

PO BOX 271
LUBBOCK TX 79408

| | |
|---|---|
| Account Number | XXXXXX4709 |
| Statement Date | 10/31/2022 |
| Checks/Items Enclosed | 1 |
| Page | 1 of 3 |

00040024 TP10635S110122063946 01 000000000 1 004

ORE FINANCIAL SERVICES LLC
AS AGENT FOR THE USMS
AS RECEIVER FOR JESERRA/LLR
16945 NORTHCHASE DR SUITE 1600
HOUSTON, TX 77060-2153

## Customer Service Information

**Voice Banking:**
1-866-762-7782

**Customer Service:**
1-866-762-8392

**Visit Us Online:**
www.plainscapital.com

## Protecting Your Account - Avoid Fraud Scams

*PlainsCapital Bank will NEVER ask for your user name, passwords, account number, debit card number, PINs, or security/pass codes through unsolicited emails, phone calls, text messages, or pop-up windows. If PlainsCapital Bank contacts you about actual fraud on your account, we will only ask for limited account information for verification purposes to ensure we are speaking to the correct person. Furthermore, do not rely on Caller ID to verify whether an incoming call is from PlainsCapital Bank. If you are suspicious about a request for personal information or the legitimacy of an inbound phone call, hang up, call your local branch or PlainsCapital Bank customer service at 866.762.8392, and ask to be transferred to the fraud department.*

## BUSINESS ALL ACCESS ACCOUNT

**Account Number: XXXXXX4709**

### Balance Summary

| | | |
|---|---|---|
| **Beginning Balance as of 09/30/2022** | | **$799,375.38** |
| + Deposits and Credits | (2) | 22,247.85 |
| - Withdrawals and Debits | (2) | 3,730.65 |
| **Ending Balance as of 10/31/2022** | | **$817,892.58** |
| Low Balance | | 796,058.97 |
| Average Balance | | 811,306.03 |
| Average Available Balance | | 811,198.00 |





PO BOX 271
LUBBOCK TX 79408

## Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| Sep 30 | BEGINNING BALANCE | | | 799,375.38 |
| Oct 06 | CASH MGMT TRSFR DR | -3,316.41 | | 796,058.97 |
| | REF 2791727L FUNDS TRANSFER TO DEP XXXXXX7310 | | | |
| | FROM TRANSFER FUNDS TO PAY FEE AND EXP | | | |
| Oct 07 | INCOMING WIRE | | 16,504.68 | 812,563.65 |
| | INCOMING WIRE 20222800067200; ORG AXIS FINANCIAL | | | |
| | SERVICES INC;REF FOR JESERRA/LLR | | | |
| Oct 24 | DEPOSIT | | 5,743.17 | 818,306.82 |
| Oct 26 | DEPOSIT RETURN ITEM | -414.24 | | 817,892.58 |
| | SEQ# 937000037 STOP PAYMENT CHK#        2415 | | | |
| Oct 31 | ENDING BALANCE | | | $817,892.58 |

## Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |





Account Number        XXXXXX4709
Statement Date       10/31/2022
Page                  3 of 3

PO BOX 271
LUBBOCK TX 79408

**Account Number: XXXXXX4709**



10/24/22                   $5,743.17



# Exhibit B

Receivership Lots in The Preserve of Texas

October 31, 2022



The
PRESERVE
OF TEXAS

↗ Wilderness Park
↗ Fishing Areas
↗ Cabins
↗ Cross Bayou Park
↗ Equestrian Center
↗ Lincoln Park
↗ Beach
↗ Sunset Point

Front Gate: (281) 592-9168

| | Property ID | Street Name | Lot | Block | Unit | Vesting Name | Parcel # |
|---|---|---|---|---|---|---|---|
| 1 | 43937 | Cypress Lake Cir | 637 | 20 | 11 | Jeserra Capital, LLC | 003610-005911-006 |
| 2 | 43938 | Cypress Lake Cir | 638 | 20 | 11 | Jeserra Capital, LLC | 003610-005912-004 |
| 3 | 42843 | Cypress Lake Cir | 30 | 1 | 10 | Liberty Lakes Resort, LLC | 003610-004817-005 |
| 4 | 39071 | Cypress Lake Cir | 459 | 8 | 2 | Jeserra Capital, LLC | 003610-001042-009 |
| 5 | 39092 | Cypress Lake Cir | 480 | 8 | 2 | Jeserra Capital, LLC | 003610-001063-001 |
| 6 | 42904 | Adelaide Dr | 91 | 10 | 10 | Jeserra Capital, LLC | 003610-004878-005 |
| 7 | 43167 | Sour Lake Cir S | 354 | 11 | 10 | Jeserra Capital, LLC | 003610-005141-009 |
| 8 | 43172 | Sour Lake Cir S | 359 | 11 | 10 | Liberty Lakes Resort, LLC | 003610-005146-009 |
| 9 | 42881 | Sour Lake Cir S | 68 | 10 | 10 | Jeserra Capital, LLC | 003610-004855-007 |
| 10 | 42877 | Sour Lake Cir S | 64 | 10 | 10 | Jeserra Capital, LLC | 003610-004851-005 |
| 11 | 43204 | Sour Lake Cir S | 391 | 11 | 10 | Jeserra Capital, LLC | 003610-005178-006 |
| 12 | 43214 | Sour Lake Cir S | 401 | 11 | 10 | Jeserra Capital, LLC | 003610-005188-003 |
| 13 | 42352 | Vern Ct | 262 | 17 | 9 | Jeserra Capital, LLC | 003610-004325-006 |
| 14 | 42353 | Vern Ct | 263 | 17 | 9 | Jeserra Capital, LLC | 003610-004326-004 |
| 15 | 42348 | Shields | 258 | 17 | 9 | Jeserra Capital, LLC | 003610-004321-004 |
| 16 | 42287 | Yankton Rd | 197 | 13 | 9 | Jeserra Capital, LLC | 003610-004260-008 |
| 17 | 42612 | Yankton Rd | 520 | 12 | 9 | Liberty Lakes Resort, LLC | 003610-004585-000 |
| 18 | 42615 | Mary Ct | 523 | 12 | 9 | Liberty Lakes Resort, LLC | 003610-004588-004 |
| 19 | 42620 | Mary Ct | 528 | 10 | 9 | Liberty Lakes Resort, LLC | 003610-004593-001 |
| 20 | 42788 | Sean Ct | 697 | 21 | 9 | Liberty Lakes, LLC | 003610-004761-006 |
| 21 | 42746 | Dollar | 655 | 20 | 9 | Jeserra Capital, LLC | 003610-004719-005 |
| 22 | 42771 | Dollar | 680 | 21 | 9 | Liberty Lakes Resort, LLC | 003610-004744-006 |
| 23 | 42770 | Dollar | 679 | 21 | 9 | Jeserra Capital, LLC | 003610-004743-008 |
| 24 | 42739 | Park | 648 | 20 | 9 | Jeserra Capital, LLC | 003610-004712-009 |
| 25 | 42721 | Sandy | 630 | 20 | 9 | Jeserra Capital, LLC | 003610-004694-005 |
| 26 | 42678 | Sandy | 587 | 19 | 9 | Jeserra Capital, LLC | 003610-004651-003 |
| 27 | 42680 | Sandy | 589 | 19 | 9 | Jeserra Capital, LLC | 003610-004653-009 |
| 28 | 39065 | Center St | 453 | 8 | 2 | Jeserra Capital, LLC | 003610-001036-004 |
| 29 | 43226 | Center St | 413 | 12 | 10 | Liberty Lakes Resort, LLC | 003610-005200-009 |
| 30 | 39063 | Center St | 451 | 8 | 2 | Jeserra Capital, LLC | 003610-001034-008 |
| 31 | 43236 | Center St | 423 | 12 | 10 | Liberty Lakes Resort, LLC | 003610-005210-006 |
| 32 | 39012 | Center St | 397 | 6 | 2 | Jeserra Capital, LLC | 003610-000983-006 |
| 33 | 39018 | Center St | 403 | 6 | 2 | Jeserra Capital, LLC | 003610-000989-004 |
| 34 | 43284 | Center St | 471 | 13 | 10 | Jeserra Capital, LLC | 003610-005258-008 |
| 35 | 38957 | Hunter Dr | 341 | 5 | 2 | Jeserra Capital, LLC | 003610-000928-004 |
| 36 | 38958 | Hunter Dr | 342 | 5 | 2 | Jeserra Capital, LLC | 003610-000929-002 |
| 37 | 38986 | Hunter Dr | 370 | 6 | 2 | Jeserra Capital, LLC | 003610-000957-007 |
| 38 | 38983 | Hunter Dr | 367 | 6 | 2 | Jeserra Capital, LLC | 003610-000954-003 |
| 39 | 38971 | Hunter Dr | 355 | 6 | 2 | Jeserra Capital, LLC | 003610-000942-000 |
| 40 | 43307 | Hunter Dr | 494 | 13 | 10 | Liberty Lakes Resort, LLC | 003610-005281-003 |
| 41 | 43308 | Hunter Dr | 495 | 13 | 10 | Liberty Lakes Resort, LLC | 003610-005282-001 |
| 42 | 38919 | Walker Dr | 303 | 4 | 2 | Jeserra Capital, LLC | 003610-000890-003 |
| 43 | 38924 | Walker Dr | 308 | 5 | 2 | Jeserra Capital, LLC | 003610-000895-003 |
| 44 | 38930 | Walker Dr | 314 | 5 | 2 | Jeserra Capital, LLC | 003610-000901-004 |
| 45 | 38988 | Walker Dr | 372 | 6 | 2 | Jeserra Capital, LLC | 003610-000959-003 |
| 46 | 38989 | Walker Dr | 373 | 6 | 2 | Jeserra Capital, LLC | 003610-000960-008 |
| 47 | 39026 | Walker Dr | 411 | 7 | 2 | Jeserra Capital, LLC | 003610-000997-005 |
| 48 | 39027 | Walker Dr | 412 | 7 | 2 | Jeserra Capital, LLC | 003610-000998-003 |
| 49 | 38819 | Jensen Dr | 202 | 3 | 2 | Jeserra Capital, LLC | 003610-000789-002 |
| 50 | 41392 | Jensen Dr | 366 | 6 | 7 | Liberty Lakes Resort, LLC | 003610-003364-003 |
| 51 | 41212 | Ferguson Dr | 186 | 4 | 7 | Jeserra Capital, LLC | 003610-003184-005 |
| 52 | 41209 | Ferguson Dr | 183 | 4 | 7 | Jeserra Capital, LLC | 003610-003181-001 |
| 53 | 38658 | Ferguson Dr | 41 | 2 | 2 | Jeserra Capital, LLC | 003610-000628-006 |
| 54 | 38661 | Ferguson Dr | 44 | 2 | 2 | Jeserra Capital, LLC | 003610-000631-007 |
| 55 | 38662 | Ferguson Dr | 45 | 2 | 2 | Jeserra Capital, LLC | 003610-000632-005 |
| 56 | 38894 | Shoreline | 278 | 4 | 2 | Jaserra Capital, LLC | 003610-000865-003 |
| 57 | 38896 | Shoreline | 280 | 4 | 2 | Jeserra Capital, LLC | 003610-000867-008 |
| 58 | 39048 | Shoreline | 436 | 8 | 2 | Jeserra Capital, LLC | 003610-001019-004 |

| 59 | 39031 | Shoreline | 416 | 7 | 2 | Jeserra Capital, LLC | 003610-001002-001 |
| 60 | 39054 | Shoreline | 442 | 8 | 2 | Jeserra Capital, LLC | 003610-001025-009 |
| 61 | 40120 | Boheme Dr | 284 | 15 | 4 | Liberty Lakes Resort, LLC | 003610-002093-005 |
| 62 | 40326 | Colorado Dr | 174 | 2 | 5 | Jeserra Capital, LLC | 003610-002299-005 |
| 63 | 40392 | Colorado Dr | 240 | 5 | 5 | Jeserra Capital, LLC | 003610-002365-008 |
| 64 | 40510 | Trinity Dr | 357 | 6 | 5 | Liberty Lakes Resort, LLC | 003610-002483-002 |
| 65 | 40439 | Trinity Dr | 287 | 5 | 5 | Liberty Lakes Resort, LLC | 003610-002412-005 |
| 66 | 40452 | Trinity Dr | 300 | 5 | 5 | Jeserra Capital, LLC | 003610-002425-006 |
| 67 | 39479 | Livingston Dr | 226 | 8 | 3 | Liberty Lakes Resort, LLC | 003610-001452-000 |
| 68 | 39398 | Davis Hill Dr | 144 | 4 | 3 | Liberty Lakes Resort, LLC | 003610-001370-002 |
| 69 | 40830 | Davis Hill Dr | 97 | 5 | 6 | Jaserra Capital, LLC | 003610-002802-002 |
| 70 | 193951 | Wood Fern Dr | 142 | 6 | 11 | Liberty Lakes Resort, LLC | 003610-005414-001 |











































# Liberty CAD Web Map



10/10/2022, 10:22:56 AM

1:1,128

| Parcels |

| Abstracts |

0    0.01   0.01    0.03 mi

0    0.01   0.03    0.05 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



43925
43926
43927
43928
43929
43930
43931
31
931

Nandina Dr

43912
43913
43998

Cypress Lakes Cir

Cypress Lakes Cir

Cypress Lakes Cir

43935
43934
43936
43937
43938
43939
43940
43941
43942
43943
43944
43945
43946
43947

105

Highway 105

309

Parcels

Abstracts

1:1,128

| 0 | 0.01 | 0.01 | 0.03 mi |

| 0 | 0.01 | 0.03 | 0.05 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:49:06 AM

▭ Parcels

▭ Abstracts

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:42:57 AM

☐ Parcels

☐ Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |
|---|---|---|---|
| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



39106
39105
39104
39103
39102
39101
39100
39099
39098
39097
39096
39095
39094
39093
39092
39091
39090
39089
39088
39087
39086
39085
39084
39083
39082
39081
39080

39199
39200
39202
39201
39211
39212
39213
39214
39215
39216
39217
39218
39219
226287

Lakeview Dr
Pine Ct
Hawthorne S
Cypress Lakes C
Lakeview Dr

42814
42813
42812
42811
42810
42809
42808

42777
42776
42775
42774
42773
42780
42779
42777

Cypress Lakes Cir

42722
42723
42724
42725
42721
42720
42719

42743
42744
42745
42746
42742
42741

10/10/2022, 9:45:00 AM

Parcels

Abstracts

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:15:39 AM

Parcels

Abstracts

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:17:07 AM

Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |
| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:51:31 AM

Parcels

Abstracts

1:4,514

| 0 | 0.03 | 0.07 | 0.13 mi |

| 0 | 0.05 | 0.1 | 0.2 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:14:24 AM

☐ Parcels

☐ Abstracts

1:4,514

| 0 | 0.03 | 0.07 | 0.13 mi |
|---|---|---|---|

| 0 | 0.05 | 0.1 | 0.2 km |
|---|---|---|---|

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:09:25 AM

□ Parcels

□ Abstracts

1:4,514

| 0 | 0.03 | 0.07 | 0.13 mi |
| 0 | 0.05 | 0.1 | 0.2 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:18:33 AM

Parcels

Abstracts

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:20:14 AM

☐ Parcels

☐ Abstracts

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:58:24 AM

1:1,128

0    0.01    0.01    0.03 mi

0    0.01    0.03    0.05 km

☐ Parcels

☐ Abstracts

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



42856

42374

42373

Cypress Lakes Cir

42375

42372

42351

42350

Vern Ct

42376

42371

42352

42349

Shields

42327

42377

42353

42370

42348

42328

42378

42369

42354

42347

42329

42379

42346

42368

42355

42380

42330

42367

42356

42345

10/10/2022, 9:59:36 AM

1:1,128

Parcels

0    0.01    0.01    0.03 mi

Abstracts

0    0.01    0.03    0.05 km

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:56:36 AM

1:2,257

Parcels

Abstracts

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.



# Liberty CAD Web Map



10/10/2022, 9:53:51 AM

1:2,257

Parcels

Abstracts

| 0 | 0.01 | 0.03 | 0.06 mi |
|---|------|------|---------|
| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



42301
42302
42303
42304
42305
42306
42307
42308
42309
42310
42311
42312
42313
42314
42315
42316
42337
42338

42594
42595
42596
42597
42598
42599
42600
42601
42602
42603
42604
42605
42606
42607
42608
42609
42610
42611
42612
42613
42614
42615
42616
42617
42618
42619

42593
42592

42633
42634
42635
42636
42637
42638
42639
42657
42658
42659
42660
42632
42631
42630
42629
42628
42627
42626
42625

42538
42537
42536
42535
42534
42533
42532
42531
42530
42529
42528
42527
42526
42525
42524

42506
42507
42516
42517
42518
42519
42514
42515
42508
42505
42509
42504

539

Marlene Rd
Yankton Rd
June Ct
Cross Ct
Arlene Dr
Mary Ct
Reed
Jim Ct
Ken Ct
Arlene Dr

1:2,257

0    0.01   0.03        0.06 mi

0    0.03   0.05        0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.



# Liberty CAD Web Map



10/10/2022, 11:41:41 AM



Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



42517

42525

42617

42627

42518

42524

42618

42626

Ken Ct

42519

42523

42619

42625

Mary Ct

42520

42620

42624

42522

42621

42622

42623

42521

10/10/2022, 10:46:20 AM

Parcels

Abstracts

1:1,128

| 0 | 0.01 | 0.01 | 0.03 mi |

| 0 | 0.01 | 0.03 | 0.05 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 11:42:44 AM

Parcels

Abstracts

1:2,257

0    0.01   0.03      0.06 mi

0    0.03   0.05      0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map





Parcels

Abstracts

0    0.01   0.03        0.06 mi

0    0.03    0.05         0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:47:20 AM

□ Parcels

□ Abstracts

1:2,257

0    0.01   0.03       0.06 mi

0    0.03   0.05       0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:07:39 AM

Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:04:19 AM

Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:01:05 AM

Parcels

Abstracts

1:1,128

| 0 | 0.01 | 0.01 | 0.03 mi |

| 0 | 0.01 | 0.03 | 0.05 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:02:12 AM

Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | | 0.06 mi |
|---|---|---|---|---|
| 0 | 0.03 | 0.05 | | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:42:01 AM

1:2,257

| | Parcels |
| --- | --- |
| | Abstracts |

0    0.01    0.03         0.06 mi

0    0.03    0.05        0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:54:58 AM

Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:34:51 AM

□ Parcels

□ Abstracts

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map





1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:27:11 AM

□ Parcels

□ Abstracts

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km



Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:28:10 AM

Parcels

Abstracts

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map





Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:13:49 AM

☐ Parcels

☐ Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:15:02 AM

□ Parcels (red outline)

□ Abstracts (black outline)

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:18:29 AM

1:2,257

| | 0 | 0.01 | 0.03 | 0.06 mi |
| 0 | 0.03 | 0.05 | 0.1 km |

☐ Parcels

☐ Abstracts

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:17:11 AM

☐ Parcels

☐ Abstracts

1:2,257

0     0.01     0.03          0.06 mi

0     0.03     0.05          0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:16:12 AM

Parcels

Abstracts

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



41977
41934
41931
41912
41528
41482
41978
41933
41932
Adelaide Dr
41529
41481
41530
41480
Adelaide Dr
43276
43308
41531
41479
43275
43307
43162
43277
43306
41532
41478
42905
42904
43163
43274
43305
41533
41477
43164
43273
43278
42903
43272
43279
43304
41534
41476
42917
42902
43165
43271
43280
43303
41535
41475
42918
42901
43166
43270
43281
43302
41536
41474
42919
42900
43167
43269
43282
43301
41537
41459
42899
43168
43268
43283
43300
41538
41472
42928
42898
43169
43267
43284
43299
41471
42897
43170
43266
43285
43298
41539
41470
42929
42896
43171
43265
43286
43297
41540
41469
42930
42895
43172
43264
43287
43296
41541
41468



Parcels

Abstracts



1:2,257

0      0.01   0.03        0.06 mi

0      0.03   0.05        0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



41935 41930 41914 41910 41484 41449
41913 41527 41483
41934 41931 41911 41528 41482 41450
41912 41529 41481 41451
41933 41932 Adelaide Dr 41452
Adelaide Dr 43308 41530 41480 41453
43276 41531 41479
43275 43307 41454
41532 41478 41455
43162 43277 43306 41533 41477 41456
43163 43274 43278 43305
43164 43273 43279 43304 41534 41476 41457
42904 43272 43280 43303 41535 41475 41458
42903 43165 43271 43281 43302 41536 41474 41459
42902 43166 43270 43282 43301 41537 41473 41460
42901 43167 43269 43283 43300 41538 41472 41461
42900 43168 43268 43284 43299 41539 41471 41462
42899 43169 43267 43285 43298 41540 41470
42898 43170 43266 43286 43297
42897 43171 43265
42896

10/10/2022, 10:58:37 AM

1:2,257



Parcels

Abstracts



0    0.01   0.03      0.06 mi
0    0.03   0.05      0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:09:16 AM

■ Parcels

□ Abstracts

1:1,128

| 0 | 0.01 | 0.01 | 0.03 mi |

| 0 | 0.01 | 0.03 | 0.05 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:11:34 AM

□ Parcels

□ Abstracts

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.



# Liberty CAD Web Map





Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:19:26 AM

Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:22:26 AM

Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |
|---|------|------|---------|
| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,
Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:29:18 AM

☐ Parcels

☐ Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |
| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map





Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | | 0.06 mi |

| 0 | 0.03 | 0.05 | | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |



Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:44:37 AM

☐ Parcels

☐ Abstracts

1:4,514

0        0.03        0.07        0.13 mi

0        0.05        0.1        0.2 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map





Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | | 0.06 mi |

| 0 | 0.03 | 0.05 | | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map





Parcels

Abstracts

1:2,257

0      0.01    0.03           0.06 mi

0      0.03    0.05           0.1 km

Esri  Community  Maps  Contributors,  Texas  Parks  &  Wildlife,  ©
OpenStreetMap,  Microsoft,  CONANP,  Esri,  HERE,  Garmin,  SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 8:58:57 AM

1:1,128

Parcels

Abstracts

| 0 | 0.01 | 0.01 | 0.03 mi |
| 0 | 0.01 | 0.03 | 0.05 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:02:25 AM

Parcels

Abstracts

1:1,128

| 0 | 0.01 | 0.01 | 0.03 mi |

| 0 | 0.01 | 0.03 | 0.05 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:05:54 AM

Parcels

Abstracts

1:1,128

0    0.01    0.01    0.03 mi

0    0.01    0.03    0.05 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 11:43:47 AM

Parcels

Abstracts

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |



Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:32:47 AM

■ Parcels

■ Abstracts

1:2,257

0   0.01   0.03      0.06 mi

0   0.03   0.05      0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:31:17 AM

- Parcels
- Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |
| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:33:47 AM

☐ Parcels

☐ Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.



# Liberty CAD Web Map





□ Parcels

□ Abstracts

1:2,257

0        0.01      0.03        0.06 mi

0       0.03     0.05         0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:48:12 AM



Parcels

Abstracts

1:4,514

| 0 | 0.03 | 0.07 | 0.13 mi |
| 0 | 0.05 | 0.1 | 0.2 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map





Parcels

Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |
| 0 | 0.03 | 0.05 | 0.1 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:43:00 AM

□ Parcels

□ Abstracts

1:4,514

| 0 | 0.03 | 0.07 | 0.13 mi |

| 0 | 0.05 | 0.1 | 0.2 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 9:49:16 AM

□ Parcels

□ Abstracts

1:2,257

| 0 | 0.01 | 0.03 | 0.06 mi |

| 0 | 0.03 | 0.05 | 0.1 km |



Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents the approximate relative location of boundaries.

# Liberty CAD Web Map



Parcels

Abstracts

1:2,257

0    0.01    0.03    0.06 mi

0    0.03    0.05    0.1 km

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 10:25:51 AM

Parcels

Abstracts

1:1,128

| 0 | 0.01 | 0.01 | 0.03 mi |

| 0 | 0.01 | 0.03 | 0.05 km |

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 11:45:05 AM

☐ Parcels (red outline)

☐ Abstracts (black outline)

1:2,257

0    0.01    0.03    0.06 mi
0    0.03    0.05    0.1 km

Esri  Community  Maps  Contributors,  Texas  Parks  &  Wildlife,  ©
OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Liberty CAD Web Map



10/10/2022, 11:03:59 AM

☐ Parcels

☐ Abstracts

1:1,128

0    0.01    0.01    0.03 mi

0    0.01    0.03    0.05 km

Esri Community Maps Contributors, Texas Parks & Wildlife, © OpenStreetMap, Microsoft, CONANP, Esri, HERE, Garmin, SafeGraph,

Liberty County Appraisal District, BIS Consulting - www.bisconsulting.com

Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey and represents only the approximate relative location of boundaries.

# Exhibit C

Property Tax PaymentDetail by Lot
October 31, 2022

| Property ID | Lot | Block | Unit | Parcel # | Vesting Name | Liberty Co | Tarkington ISD |
|---|---|---|---|---|---|---|---|
| 38658 | 41 | 2 | 2 | 003610-000628-006 | Jeserra Capital, LLC | 404.35 | 732.70 |
| 38661 | 44 | 2 | 2 | 003610-000631-007 | Jeserra Capital, LLC | 1,191.38 | 2,314.80 |
| 38662 | 45 | 2 | 2 | 003610-000632-005 | Jeserra Capital, LLC | 999.60 | 2,314.80 |
| 38819 | 202 | 3 | 2 | 003610-000789-002 | Jeserra Capital, LLC | 454.18 | 1,157.37 |
| 38894 | 278 | 4 | 2 | 003610-000865-002 | Jeserra Capital, LLC | 42.36 | 21.08 |
| 38896 | 280 | 4 | 2 | 003610-000867-008 | Jeserra Capital, LLC | 71.41 | 138.88 |
| 38919 | 303 | 4 | 2 | 003610-000890-003 | Jeserra Capital, LLC | 595.66 | 1,157.37 |
| 38924 | 308 | 5 | 2 | 003610-000895-003 | Jeserra Capital, LLC | 323.10 | 601.93 |
| 38930 | 314 | 5 | 2 | 003610-000901-004 | Jeserra Capital, LLC | 613.88 | 1,194.65 |
| 38957 | 341 | 5 | 2 | 003610-000928-004 | Jeserra Capital, LLC | 24.22 | 43.96 |
| 38958 | 342 | 5 | 2 | 003610-000929-002 | Jeserra Capital, LLC | 24.22 | 76.05 |
| 38971 | 355 | 6 | 2 | 003610-000942-000 | Jeserra Capital, LLC | 323.10 | 601.93 |
| 38983 | 367 | 6 | 2 | 003610-000954-003 | Jeserra Capital, LLC | 55.69 | 72.22 |
| 38986 | 370 | 6 | 2 | 003610-000957-007 | Jeserra Capital, LLC | 38.72 | 72.22 |
| 38988 | 372 | 6 | 2 | 003610-000959-003 | Jeserra Capital, LLC | 71.41 | 138.88 |
| 38989 | 373 | 6 | 2 | 003610-000960-008 | Jeserra Capital, LLC | 89.63 | 176.16 |
| 39012 | 397 | 6 | 2 | 003610-000983-006 | Jeserra Capital, LLC | 595.66 | 1,157.37 |
| 39018 | 403 | 6 | 2 | 003610-000989-003 | Jeserra Capital, LLC | 766.92 | 1,507.96 |
| 39026 | 411 | 7 | 2 | 003610-000997-005 | Jeserra Capital, LLC | 71.41 | 138.88 |
| 39027 | 412 | 7 | 2 | 003610-000998-003 | Jeserra Capital, LLC | 71.41 | 138.88 |
| 39031 | 416 | 7 | 2 | 003610-001002-001 | Jeserra Capital, LLC | 71.41 | 138.88 |
| 39048 | 436 | 8 | 2 | 003610-001019-004 | Jeserra Capital, LLC | 145.33 | 278.17 |
| 39054 | 442 | 8 | 2 | 003610-001025-009 | Jeserra Capital, LLC | 190.60 | 192.61 |
| 39063 | 451 | 8 | 2 | 003610-001034-008 | Jeserra Capital, LLC | 145.33 | 278.17 |
| 39065 | 453 | 8 | 2 | 003610-001036-004 | Jeserra Capital, LLC | 64.68 | 117.23 |
| 39071 | 459 | 8 | 2 | 003610-001042-009 | Jeserra Capital, LLC | 762.44 | 1,481.44 |
| 39092 | 480 | 8 | 2 | 003610-001063-001 | Jeserra Capital, LLC | 581.34 | 1,112.70 |
| 39398 | 144 | 4 | 3 | 003610-001370-002 | Liberty Lakes Resort, LLC | | 268.20 |
| 39479 | 226 | 8 | 3 | 003610-001452-000 | Liberty Lakes Resort, LLC | | 173.86 |
| 40120 | 284 | 15 | 4 | 003610-002093-005 | Liberty Lakes Resort, LLC | | 69.54 |
| 40326 | 174 | 2 | 5 | 003610-002299-005 | Jeserra Capital, LLC | 454.18 | 1,157.37 |
| 40392 | 240 | 5 | 5 | 003610-002365-008 | Jeserra Capital, LLC | 373.69 | 734.11 |
| 40439 | 287 | 5 | 5 | 003610-002412-005 | Liberty Lakes Resort, LLC | | 869.30 |
| 40452 | 300 | 5 | 5 | 003610-002425-006 | Jeserra Capital, LLC | 591.21 | 1,157.37 |
| 40510 | 357 | 6 | 5 | 003610-002483-002 | Liberty Lakes Resort, LLC | 973.74 | |
| 40830 | 97 | 5 | 6 | 003610-002802-002 | Jaserra Capital, LLC | 1,335.01 | 2,583.00 |
| 41209 | 183 | 4 | 7 | 003610-003181-001 | Jeserra Capital, LLC | 454.18 | 1,157.37 |
| 41212 | 186 | 4 | 7 | 003610-003184-005 | Jeserra Capital, LLC | 591.21 | 1,157.37 |
| 41392 | 366 | 6 | 7 | 003610-003364-003 | Liberty Lakes Resort, LLC | | 1,157.37 |
| 42287 | 197 | 13 | 9 | 003610-004260-008 | Jeserra Capital, LLC | 747.48 | 1,468.17 |
| 42348 | 258 | 17 | 9 | 003610-004321-004 | Jeserra Capital, LLC | 40.44 | 73.27 |
| 42352 | 262 | 17 | 9 | 003610-004325-006 | Jeserra Capital, LLC | 119.15 | 231.47 |
| 42353 | 263 | 17 | 9 | 003610-004326-004 | Jeserra Capital, LLC | 119.15 | 120.39 |
| 42612 | 520 | 12 | 9 | 003610-004585-000 | Liberty Lakes Resort, LLC | 977.04 | |
| 42615 | 523 | 12 | 9 | 003610-004588-004 | Liberty Lakes Resort, LLC | 977.04 | 2,014.28 |
| 42620 | 528 | 10 | 9 | 003610-004593-001 | Liberty Lakes Resort, LLC | | 173.86 |
| 42678 | 587 | 19 | 9 | 003610-004651-003 | Jeserra Capital, LLC | 109.07 | 144.10 |
| 42680 | 589 | 19 | 9 | 003610-004653-009 | Jeserra Capital, LLC | 38.72 | 72.22 |
| 42721 | 630 | 20 | 9 | 003610-004694-005 | Jeserra Capital, LLC | 65.26 | 138.88 |
| 42739 | 648 | 20 | 9 | 003610-004712-009 | Jeserra Capital, LLC | 413.57 | 770.46 |

Exhibit C - Page 2 of 3

Exhibit C

Property Tax PaymentDetail by Lot
October 31, 2022

| Property ID | Lot | Block | Unit | Parcel # | Vesting Name | Liberty Co | Tarkington ISD |
|---|---|---|---|---|---|---|---|
| 42746 | 655 | 20 | 9 | 003610-004719-005 | Jeserra Capital, LLC | 413.57 | 770.46 |
| 42770 | 679 | 21 | 9 | 003610-004743-008 | Jeserra Capital, LLC | 781.88 | 1,481.44 |
| 42771 | 680 | 21 | 9 | 003610-004744-006 | Liberty Lakes Resort, LLC | | 1,481.44 |
| 42788 | 697 | 21 | 9 | 003610-004761-006 | Liberty Lakes, LLC | 1,691.15 | 3,285.63 |
| 42843 | 30 | 1 | 10 | 003610-004817-005 | Liberty Lakes Resort, LLC | | 1,481.44 |
| 42877 | 64 | 10 | 10 | 003610-004851-005 | Jeserra Capital, LLC | 90.86 | 173.86 |
| 42881 | 68 | 10 | 10 | 003610-004855-007 | Jeserra Capital, LLC | 90.86 | 173.86 |
| 42904 | 91 | 10 | 10 | 003610-004878-005 | Jeserra Capital, LLC | 119.15 | 231.47 |
| 43167 | 354 | 11 | 10 | 003610-005141-009 | Jeserra Capital, LLC | 1,049.60 | 2,036.99 |
| 43172 | 359 | 11 | 10 | 003610-005146-009 | Liberty Lakes Resort, LLC | | 2,036.99 |
| 43204 | 391 | 11 | 10 | 003610-005178-006 | Jeserra Capital, LLC | 817.74 | 1,059.40 |
| 43214 | 401 | 11 | 10 | 003610-005188-003 | Jeserra Capital, LLC | 355.85 | 1,059.40 |
| 43226 | 413 | 12 | 10 | 003610-005200-009 | Liberty Lakes Resort, LLC | 149.76 | 304.21 |
| 43236 | 423 | 12 | 10 | 003610-005210-006 | Liberty Lakes Resort, LLC | | 1,059.40 |
| 43284 | 471 | 13 | 10 | 003610-005258-008 | Jeserra Capital, LLC | 454.18 | 869.30 |
| 43307 | 494 | 13 | 10 | 003610-005281-003 | Liberty Lakes Resort, LLC | | 3,245.33 |
| 43308 | 495 | 13 | 10 | 003610-005282-001 | Liberty Lakes Resort, LLC | | |
| 43937 | 637 | 20 | 11 | 003610-005911-006 | Jeserra Capital, LLC | 48.32 | 92.59 |
| 43938 | 638 | 20 | 11 | 003610-005912-004 | Jeserra Capital, LLC | 47.65 | 48.14 |
| 193951 | 142 | 6 | 11 | 003610-005414-001 | Liberty Lakes Resort, LLC | 216.35 | 430.33 |
| | | | | | | $ 23,496.50 | $ 54,370.93 |

| | | |
|---|---|---|
| Check 10004 | 16,119.66 | |
| Check 10005 | | 46,466.94 |
| Check 10008 | | 7,903.99 |
| Check 10009 | 7,376.84 | |
| | $ 23,496.50 | $ 54,370.93 |

Exhibit C - Page 3 of 3