| | EJ-001 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):<br>After recording, return to:<br>Mark A. Redmond (SBN 161520)<br>656 5th Ave. Ste R<br>San Diego, CA 92101<br><br>TEL NO.: 916-444-8240    FAX NO. (optional):<br>E-MAIL ADDRESS (Optional): mr@markredmondlaw.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Phillip Burton Federal Building

PLAINTIFF: United States of America
DEFENDANT: Lewis Wallach

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS  [ ] Amended | FOR RECORDER'S USE ONLY |
|---|---|
| | CASE NUMBER: 3:20-cr-00365-MMC |
| | FOR COURT USE ONLY |

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────┐
      │ Lewis Wallach            │
      │ 3698 Benedict Canyon Lane│
      │ Sherman Oaks, CA 91423   │
      └─────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:              [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Taressa Bell
   15578 LIttle Peak Rd.
   Hidden Valley Lake, CA 95467
   Date: 11/20/2023
   Mark A. Redmond
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *MAR* (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $704,250.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date):
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL - United States District Court, Northern District of California]

This abstract issued on (date): 11/27/2023

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [ ] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by *[signature]* M. Jenkins, Deputy

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014] | ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190 |

| PLAINTIFF: United States of America | COURT CASE NO.: |
| DEFENDANT: Lewis Wallach | 3:20-cr-00365-MMC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.